Ɔ 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

UNITED STATES OF AMERICA

**97-0383 CR-GRAHAM**

**WARRANT FOR ARREST**

V.

HUGO PERERA

CASE NUMBER:

MAGISTRATE JUDGE JOHNSON

To: The United States Marshal
and any Authorized United States Officer

FILED by _____ D.C.
MAG. SEC.
MAY 1 4 1997
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

YOU ARE HEREBY COMMANDED to arrest __HUGO PERERA__
                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☒ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

conspiring to defraud the United States,

in violation of Title __18__ United States Code, Section(s) __371__

WILLIAM C. TURNOFF
Name of Issuing Officer

MAGISTRATE JUDGE TURNOFF
Title of Issuing Officer

_(signature)_
Signature of Issuing Officer

5/14/97  Miami, Fl.
Date and Location

Bail fixed at $ __P.T.D.__  by  __WILLIAM C. TURNOFF__
                                 Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

## BOND RECOMMENDATION

DEFENDANT  HUGO PERERA

$ __PTD__   (Personal Surety, Recognizance, Corp. Surety, Cash)(Jail) (On Bond) (Warrant) (Summons)(Marshal's Custody)

_____
STEVEN R. PETRI
ASSISTANT UNITED STATES ATTORNEY

Last Known Address _____

What Facility _____

Agent   S/A MARK DUNKEL, IRS
    (FBI)  (SECRET SERVICE)  (DEA)  (CUSTOMS)  (ATF)

AO (Rev. 3/89)
Bond Recommendation