AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

UNITED STATES OF AMERICA

**97-0383 CR-GRAHAM**

**WARRANT FOR ARREST**

V.

HUGO PERERA

MAGISTRATE JUDGE JOHNSON

CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____HUGO PERERA_____
                                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☒ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

conspiring to defraud the United States,

in violation of Title ___18___ United States Code, Section(s) ___371___

WILLIAM C. TURNOFF
Name of Issuing Officer

MAGISTRATE JUDGE TURNOFF
Title of Issuing Officer

Signature of Issuing Officer

5/14/97 Miami, Fl.
Date and Location

Bail fixed at $ __P.T.D.__  by  __WILLIAM C. TURNOFF__
                                                                                    Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____
SUBJECT WAS BROUGHT OVER FROM FDC MIAMI, FL OFF DETAINER.

| DATE RECEIVED<br>05-20-97 | NAME AND TITLE OF ARRESTING OFFICER<br>CHRISTINA PHARO<br>U.S. MARSHAL, SD/FL | SIGNATURE OF ARRESTING OFFICER<br>BY: JOE GODSK<br>SDUSM, SD/FL |
|---|---|---|
| DATE OF ARREST<br>06-10-97 | | |

**BOND RECOMMENDATION**

DEFENDANT _____HUGO PERERA_____

$ ___PTD_____    (Personal Surety, Recognizance, Corp.
                            Surety, Cash)(Jail) (On Bond) (Warrant)
                            (Summons)(Marshal's Custody)


                                    _____/s/ Steven R. Petri_____
                                         STEVEN R. PETRI
                                    ASSISTANT UNITED STATES ATTORNEY


Last Known Address _____

What Facility _____

Agent _____S/A MARK DUNKEL, IRS_____
             (FBI)  (SECRET SERVICE)  (DEA)  (CUSTOMS)  (ATF)


                                              AO (Rev. 3/89)
                                              Bond Recommendation